IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
PAUL ROBERT GERMANO,                   :   CIVIL ACTION NO.
    Plaintiff,                                        :   3:09-CV-01316 (SRU)
                                                            :
v.                                                         :
                                                            :
STACEY MARMORA, NICK SERI, JUDY MOLLOY  :
and TONY PUCO,                                 :
    Defendants.                                    :
                                                            :   OCTOBER 8, 2014
------------------------------------------------------x

## THIRD AMENDED COMPLAINT

    Plaintiff Paul Robert Germano, through counsel, amends his Complaint, by leave of court and with the consent of the opposing parties, through counsel, pursuant to Fed. R. Civ. P. §15(a)(2), as follows:

I.    INTRODUCTION

    1.    Plaintiff brings this action pursuant to 42 U.S.C. § 1983 for violation of rights secured by the First, Amendment to the United States Constitution. Plaintiff claims that defendants, acting under color of law, engaged in a conspiracy to retaliate against him after he complained about Friday morning cake parties by staff.

II.    JURISDICTION

    2.    Jurisdiction of this Court is invoked under the provisions of 28 U.S.C. §§ 1331

and 1343(a)(1).

III.     PARTIES

      3.     At all relevant times, plaintiff Paul Robert Germano was a citizen of the United States residing in the State of Connecticut and, until March 5, 2012, incarcerated at Garner Correctional Institution [GCI], a facility in the State prison system.

      4.     At all relevant times, defendant Unit Manager Stacey Marmora supervised the GCI Mental Health Unit where plaintiff was housed.  At all relevant times, defendant Marmora was acting in her official capacity and under color of state law and is sued in her individual capacity.

      5.     At all relevant times, defendants CSW Nick Seri, APRN Judy Molloy, and N.C. Tony Puco were acting in their official capacities and under color of state law and are sued in their individual capacities.

IV.     FACTUAL BACKGROUND

      6.     Plaintiff was incarcerated commencing in 1998.

      7.     Plaintiff was transferred to the GCI Mental Health Unit for psychiatric treatment in 2000.

      8.     In or about the beginning of October 2007, plaintiff complained to the Director of Mental Health at GCI, Steven Helfand, Ph.D., that he was not able to get his medications in a timely manner on Friday mornings because the GCI nursing staff held parties at that time.

      9.     As a result, Dr. Helfand ended the Friday morning nursing staff parties; after this happened, staff members became angry with plaintiff and one even called him a snitch.

      10.     A few days later, on or about October 16, 2007, defendant APRN Judy Molloy informed plaintiff that she would not renew his single cell status.

11. Immediately after defendant Molloy threatened to take his single cell status away, plaintiff became emotionally distraught and was admitted to IPM.

12. He made threats to defendant Molloy when he was distraught and was issued a disciplinary ticket; the disciplinary ticket was dismissed because of plaintiff's mental illness.

13. On November 16, 2007, plaintiff was informed by defendant Puco that he would not be given his medications unless he saw defendant Molloy; when he went to her office, plaintiff made threatening statements about Nurse Cassidy; defendant Molloy admonished plaintiff for making the threats plaintiff returned to his cell in a highly agitated state where defendant Marmora informed him that he would receive a disciplinary ticket and be sent to segregation; plaintiff lost control, smashed the TV in his cell, and cut himself with the broken glass; plaintiff was restrained and taken to IPM where defendant Puco gave plaintiff a disciplinary ticket for "threats;" a short while later plaintiff was also given a disciplinary ticket for "interfering with safety" for being out of control in his cell; and, after his mental status was evaluated, plaintiff was taken to segregation where he was kept on suicide watch for several days.

14. When plaintiff was brought to IPM, defendant Seri initially wrote an entry in plaintiff's medical record indicating that his outburst was due to his mental illness and, therefore, that the related disciplinary tickets should be dismissed. However, Seri subsequently wrote an addendum in plaintiff's record about his loss of control and the disciplinary tickets were not dismissed and plaintiff was sent to segregation.

15. Defendants Molloy, Marmora, Puco and Seri acted in concert to insure that plaintiff would be punished in retaliation for causing the end of the nursing staff parties by complaining to Dr. Helfand.

V.   CLAIM FOR RELIEF

16. Defendants Molloy, Marmora, Puco and Seri were angry at plaintiff because he caused Dr. Helfand to terminate the Friday morning nursing staff.

17. Plaintiff's complaints about the Friday morning cake parties were protected under the First Amendment to the U.S. Constitution.

18. Defendants Molloy, Marmora, Puco and Seri conspired to punish plaintiff in retaliation for complaining about not getting his medications in a timely fashion due to the Friday morning nursing staff parties in violation of the First, Amendment to the U.S. Constitution.

19. As a result of defendants' retaliation conspiracy, plaintiff was punished, contrary to policy and practice, by being sent to segregation .

20. Plaintiff suffered severe emotional harm as a result of defendants' actions.

PRAYER FOR RELIEF

WHEREFORE, plaintiff claims:

1. compensatory and punitive damages;
2. costs of suit, including reasonable attorney's fees;
3. such other relief as the court may deem appropriate.

Dated at Stamford, Connecticut this 8th day of October, 2014.

PLAINTIFF PAUL GERMANO,

BY: /s/Kathryn Emmett
Kathryn Emmett
Federal Bar No. ct05605
EMMETT & GLANDER
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
kemmett@emmettandglander.com

4

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on October 8, 2014 a copy of the foregoing Third Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through use of the court's CM/ECF System.

              /s/Kathryn Emmett
              KATHRYN EMMETT
              Federal Bar No. ct05605
              EMMETT & GLANDER
              45 Franklin Street
              Stamford, CT  06901
              Phone:  (203) 324-7744
              Fax: (203) 969-1319
              Email: kemmett@emmettandglander.com